UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRIMES,<br><br>      Plaintiff,<br><br>  v.<br><br>J. BEARD, et al.,<br><br>      Defendant. | NO. EDCV 15-2267-ODW (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that Defendants' motion to dismiss the First Amended Complaint is granted and the entire action is dismissed with prejudice.

DATED: December 13, 2018        _____
                                                    OTIS D. WRIGHT, II
                                                  United States District Judge